### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| v. | : | No. 22-cr-332 |
| ANTONY GUTIERREZ DURAN,<br>Defendant. | : | |

## ORDER

AND NOW, this 3rd day of July, 2025, upon consideration of Defendant's Motion for Early Termination of Supervised Release (ECF No. 47), for the reasons articulated in the accompanied Memorandum, it is hereby **ORDERED** that said Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**